IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DAVID THOMPSON,** | § | |
| *Plaintiff*, | § § § | |
| v. | § § | **CIVIL ACTION NO. 3:22-CV-00100** |
| **MIDLAND CREDIT MANAGEMENT, INC.** | § § § § | |
| *Defendant*. | § § | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff David Thompson ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") (collectively the "*Parties*") hereby notify the Court that the Parties have settled the issues relating to the matters presented in this suit in light of Defendant's upcoming June 20, 2022 deadline to answer the Complaint and the July 13, 2022 Scheduling Conference. *See* Doc. 2, Doc. 10.

The Parties anticipate that they will require approximately 30 days to finalize and file dismissal documents disposing of this suit. The Parties request that the court retain this case on the docket for an additional 30 days, so that they may finalize and file the appropriate dismissal documents.

Respectfully submitted,

By: */s/ Kathryn Davis*
**MATT D. MANNING**
State Bar No. 24070210
**KATHRYN B. DAVIS**
State Bar No. 24050364
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900

mmanning@mcglinchey.com  
kdavis@mcglinchey.com

**ATTORNEYS FOR DEFENDANT**
**MIDLAND CREDIT MANAGEMENT, INC.**

**- AND –**

By: */s/ Daniel J. Ciment*
  Daniel J. Ciment
  State Bar No. 24042581
  **CIMENT LAW FIRM, PLLC**
  221 Bella Katy Dr.
  Katy, Texas 77494
  Telephone: 833.663.3289
  Email: daniel@cimentlawfirm.com

**ATTORNEY FOR PLAINTIFF**