United States District Court
Southern District of Texas
**ENTERED**
July 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID THOMPSON, § | | |
| § | | |
| Plaintiff, § | | |
| VS. § | CIVIL ACTION NO. 3:22-CV-100 | |
| § | | |
| MIDLAND CREDIT § | | |
| MANAGEMENT, INC., § | | |
| Defendant. § | | |
| § | | |
| § | | |

## ORDER OF DISMISSAL

On July 28, 2022, the plaintiff and the defendant filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Dkt. 15.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 29th day of July, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE